IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| THE CITY OF BERLIN, | ) |
| | ) Civil No.: 13-185 |
| Plaintiff, | ) |
| | ) (Formerly Case No. 214-2013-CV-00039, |
| v. | ) Coos Superior Court) |
| | ) |
| ANNETTE M. KIMBALL, Trustee of the | ) |
| AMK Revocable Trust, and THE UNITED | ) |
| STATES DEPARTMENT OF TREASURY | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ORDER TO DEPOSIT FUNDS INTO COURT REGISTRY
### AND PLACE SAID FUNDS IN AN INTEREST-BEARING ACCOUNT

The Court, having reviewed the *United States' Ex Parte Motion to Amend Order to Deposit Funds into Court Registry*, hereby ORDERS that the Clerk of Court for the United States District Court for the District of New Hampshire shall deposit in the registry of this Court the sum of THIRTY-EIGHT THOUSAND SEVEN HUNDRED SEVENTY-SEVEN AND 44/100 DOLLARS ($38,777.44), which has been remitted to this Court by the Coos County Superior Court in conjunction with the removal of this action, and that the Clerk shall place said sum in an interest-bearing account in the manner prescribed by Local Rule 67.2(b)(1) until such time as the funds are withdrawn from the registry of the Court.

SO ORDERED this  19th  day of  June  2013.

_____
UNITED STATES DISTRICT JUDGE

3

CERTIFICATE OF SERVICE

I CERTIFY that service of the foregoing document has this 14th day of June, 2013, been made upon the following via CM/ECF and by depositing a copy in the United States mail, postage prepaid, addressed to:

Christopher L. Boldt, Esq.
Justin L. Pasay, Esq.
Robert Derosier, Esq.
Donahue, Tucker, & Ciandella, PLLC
225 Water Street
Exeter, NH  03833

John T.M. Fichera, Esq.
Law Offices of Thomas E. Dewhurst, III, PLLC
23A Main Street
Post Office Box 518
Conway, NH  03818-0518

   /s/ Julie C. Avetta
JULIE C. AVETTA
Trial Attorney, Tax Division

4